**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| DANIEL ADAM BEATY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACT. NO. 2:20-cv-279-ECM |
| v. | ) |
| | ) **STIPULATION OF VOLUNTARY** |
| JEFFERSON S. DUNN, *et al.*, | ) **DISMISSAL PURSUANT TO** |
| | ) **F.R.C.P. 41(a)(1)(A)(ii)** |
| Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, as to Defendant Rickey Dennis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

*Pro se* defendant Markeon Person has thus far failed to appear in this action; therefore, Rule 41(a)(1)(A)(ii) does not require Defendant Person to execute this stipulation.

Dated: December 11, 2020

Respectfully submitted,

/s/ *Benjamin W. Maxymuk*
Benjamin W. Maxymuk
*Counsel for Plaintiff Daniel Beaty*
**COPELAND FRANCO SCREWS &
GILL, P.A.**
444 South Perry Street
Montgomery, AL 36104
Telephone: (334) 834-1180
maxymuk@copelandfranco.com

/s/ Kenneth S. Steely
Kenneth S. Steely
William R. Lunsford
**MAYNARD, COOPER & GALE, P.C.**
*One of the Attorneys for the ADOC Officials*
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
ksteely@maynardcooper.com
blunsford@maynardcooper.com

/s/ J. Matthew Bledsoe
J. Matthew Bledsoe, Esq.
*Counsel for Defendants State of Alabama, Laseter, Lindsey, Pittman and Pittman*
**Office of the Attorney General**
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7443
Matt.Bledsoe@AlabamaAG.gov


/s/ C. Richard Hill, Jr.
C. Richard Hill, Jr., Esq.
Robert F. Northcutt, Esq.
*Counsel for Defendants Grey, Cannon, Merritt, Dennis, and Steele*
**Capell & Howard, P.C.**
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8043
rick.hill@chlaw.com
bob.northcutt@chlaw.com


/s/ Robbie Alexander Hyde
Robbie Alexander Hyde
**ALEXANDER HYDE, LLC**
*Counsel for Defendant Culliver*
2138 Moore's Mill Road, Ste. A
Auburn, Alabama 36830
Telephone: (334) 246-2333
robbie@alexanderhyde.com

## **CERTIFICATE OF SERVICE**

I certify that I filed a true and correct copy of the foregoing today, December 11, 2020, via the Court's CM/ECF system, which will provide service to all counsel of record. *Pro se* defendant **Markeon Person** is not required to be served because he has thus far failed to appear to defend this case. *See* FRCP 5(a)(2).

/s/ Benjamin W. Maxymuk
Of Counsel
