IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ADAM BEATY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:20-cv-279-ECM |
| | ) | |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 94) filed on December 11, 2020, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed without prejudice as to Defendant Rickey Dennis. It is

ORDERED that Defendant Rickey Dennis is DISMISSED as a defendant in this case. This case remains pending against the other Defendants.

DONE this 15th day of December, 2020.

                                                           /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE